AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Nevada

| | | |
|---|---|---|
| MARIA TREJO DE ZAMORA and, ISELA GOMEZ-DEHINES<br>v.<br>AUTO GALLERY, INC. | ) ) ) ) ) ) | Case No.: 2:12-cv-01357-MMD-CWH |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __04/28/2014__ against __AUTO GALLERY, INC.__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ 350.00 |
| Fees for service of summons and subpoena ...................................... | 40.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 0.00 |
| Fees and disbursements for printing ............................................. | 0.00 |
| Fees for witnesses *(itemize on page two)* ....................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ..................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 .............................................. | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................................. | 0.00 |
| Compensation of court-appointed experts ....................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* .................................................. | 0.00 |
| TOTAL | $ 390.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service     [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   /s/ Michael Joe

Name of Attorney: Michael Joe, Esq.

For:   MARIA TREJO DE ZAMORA and, ISELA GOMEZ-DEHINES, Plaintiffs      Date: 05/28/2014
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
*Clerk of Court*        *Deputy Clerk*        *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.





Route #: 208

Attention: AMY
LEGAL AID CENTER of SOUTHERN NEVADA
800 South 8th Street
Las Vegas NV  89101-7051

| Tuesday August 14, 2012 | *INVOICE* | 3861070.374207 |

Work Order #: P1053958
Case #: 212CV01357MMDCWH
Court: UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA
Title: ZAMORA vs. AUTO GALLERY
Documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL

| Date | Description | Amount |
|---|---|---|
| 08/13/12 12:43PM | Personal Service: AUTO GALLERY, INC., BY SERVING PEJMAN ZAHEDI, REGISTERED AGENT, AT Business 6155 W SAHARA AVE UNIT 284 Las Vegas, NV  89146, by serving: PEJMAN ZAHEDI, Served By: MARIE A SCHEIB. | |
| 08/14/12 | PROCESS SERVICE LAS VEGAS | 40.00 |
| **TOTAL:** | | **40.00** |

1118 FREMONT STREET, Las Vegas, NV  89101
Telephone: (702) 384-0305, FAX: (702) 384-8638, Tax ID: 880223382

# Work Order

P1053958

b7.user 7





AUG 1 0 P.M.

Assigned To: **MARIE A SCHEIB**

| | | |
|---|---|---|
| Received: | 08/09/12 | Type of Service: **Normal**   Special: Consolidated Case - Multiple Case Num |
| Client: | LEGAL AID CENTER of SOUTHERN NEVADA | Client ID: 3861070 |
| Attention: | +AMY | |
| Address 1: | 800 South 8th Street | Fax: 702 366-0569   Phone: 702 386-1070 |
| City, State Zip: | Las Vegas, NV 89101-7051 | |
| Plaintiff | ZAMORA | |
| Defendant | AUTO GALLERY | |
| Representing: | Plaintiff | Case Number: 212CV01357MMDCWH |
| Court: | UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA | |
| Hearing Date: | | Status: 08/14/12   Last Day to Serve: 08/14/12   Last Day to Sub: |

Serve Docs To: **AUTO GALLERY, INC., BY SERVING PEJMAN ZAHEDI, REGISTERED AGENT**

Description: Race:___, Sex:___, Age:___, Age:, Hair:___, Eyes:___, Height:___, Weight:___

Addresses: <u>Business, 08/09/12</u>
6155 W SAHARA AVE UNIT 284
Las Vegas, NV 89146
IS RA.

Documents: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT AND DEMAND FOR JURY TRIAL

| Loc | Date | Time | Server | Code | Comments |
|---|---|---|---|---|---|
| | 8/10/12 | 1142 | MS | | Doors Locked Clock on door says will return at 12:30 Hrs posted Mon, Tues, Wed 10-6:30 Thurs, Fri 1-6 Sat Appt Closed Sunday |
| | | | | | |
| | | | | | |
| | | | | | |

[F] FILED     [R] Returned Not Served     [U] Posted At Residence     [X] Posted
[J]           [S] Substituted Service     [V] Posted at Business      [Y] Certified Mail CCP 415.45
Manner:____ [P] Personal Service   [T] RETURNED NOT FILED   [W] Warm Body CCP 1011   [Z] First Class Mail CCP 415.46

Date Served: 8/13/12   Time Served:(Military) 1243   Served By: MS

Served At:____ [H]ome, [B]usiness, or [U]sual Place of Mailing ___ [X] For Changes Above in Address Boxs.

(3.b.) Person Served  *Personally*     Witness Fees: $_____

Race:____, Sex:____, Age:____, Hair:____, Eyes:____, Height:____, Weight:____

Relationship_____ (3.b.) By Leaving Copies With  X _____

Mailed From_____  Mailed Date_____  Time_____

3861070.374207