# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA TREJO DE ZAMORA, *et al.*, | |
|     Plaintiffs, | Case No. 2:12-cv-01357-APG-CWH |
| vs. | **ORDER** |
| AUTO GALLERY, INC., | |
|     Defendant. | |

    This matter is before the Court on the Flangas McMillan Law Group's Motion to Withdraw as Counsel of Record for Defendant Auto Gallery, Inc. (#29), filed on June 17, 2014.  By way of the motion, Gus W. Flangas and the Flangas McMillan Law Group request leave of the Court to withdraw as counsel of record for Defendant Auto Gallery, Inc.  The motion represents that counsel was instructed not to incur any additional fees in defending this matter, which has essentially terminated his representation.  Further, counsel notes that the Order (#21) granting in part and denying in part Plaintiffs Motion for Summary Judgment (#17) essentially concluded this matter because the remaining cause of actions are moot.

    Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel."  The motion contains a certificate of mailing to the affected party at their last known address.  Further, the movant established good cause for the withdrawal.  Accordingly,

    **IT IS HEREBY ORDERED** that the Flangas McMillan Law Group's Motion to Withdraw as Counsel of Record for Defendant Auto Gallery, Inc. (#29) is **granted**.  Attorney Gus W. Flangas and the Flangas McMillan Law Group shall no longer represent Defendant Auto Gallery, Inc. in this matter.

    **IT IS FURTHER ORDERED** that Defendant Auto Gallery, Inc. shall have until **July 18, 2014**, to advise the Court if they will retain new counsel.  Defendant Auto Gallery, Inc. must retain new

counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

      **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Defendant Auto Gallery, Inc. to the civil docket and serve them with a copy of this order:

>5160 West Patrick Lane, Ste. 100
>Las Vegas, NV 89118

Dated this 18th day of June, 2014.

                                                                C.W. Hoffman, Jr.
                                                                United States Magistrate Judge