✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trejo De Zamora et al.,

Plaintiffs,

v.

Auto Gallery, Inc.

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01357-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

default judgment is entered in favor of Plaintiffs Maria Trejo De Zamora and Isela Gomez-Dehines and against Defendant Auto Gallery, Inc.

IT IS FURTHER ORDERED that plaintiffs' motion for fees and costs (Dkt. #27) is GRANTED. Plaintiffs are awarded attorneys' fees in the amount of $23,385.00, costs in the amount of $390.00, and prejudgment interest in the amount of $555.52.

IT IS FURTHER ORDERED that plaintiffs' motion for partial summary judgment (Dkt. #27) is GRANTED, and judgment is entered in plaintiffs' favor in the amount of $8,200 in damages for plaintiffs' ninth claim, asserting breach of contract.

2/12/2015
Date

/s/ Lance S. Wilson
Clerk

/s/Danielle Cacciabaudo
(By) Deputy Clerk